**FILE COPY**



# Court of Appeals

**Seventh District of Texas**
**Potter County Courts Building**
**501 S. Fillmore, Suite 2-A**
**Amarillo, Texas 79101-2449**
**www.7thcoa.courts.state.tx.us**

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

PEGGY CULP
CLERK

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

November 13, 2013

David L. Richards
LAW OFFICE OF DAVID RICHARDS
3001 W. 5th Street, Suite 800
Fort Worth, TX 76107

Charles M. Mallin
Assistant Criminal District Attorney
401 W. Belknap St.
Fort Worth, TX 76196

**RE:**     Case No. 07-13-00234-CR through 07-13-00239-CR
Trial Court Case Nos. 1288725D through 1288728D and 1290870D, 1290871D

**Style:**     Aaron Edward Bell v. The State of Texas

Dear Counsel:

The Court this day issued an opinion and judgment in the captioned cases. TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Peggy Culp*
PEGGY CULP, CLERK

xc:     Honorable David Scott Wisch
Thomas A. Wilder